# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARRELL DAVIS,**

       **Plaintiff,**

**v.**                                                     **Case No:   6:15-cv-1936-Orl-22DAB**

**WESTFIELD INSURANCE COMPANY,**

       **Defendant.**

## ORDER

This cause is before the Court on Westfield Insurance Company's Motion to Dismiss Plaintiff Darrell Davis' Complaint for Lack of Subject Matter Jurisdiction for Lack of Standing (Doc. No. 26) filed on August 16, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 26, 2016 (Doc. No. 31), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Westfield Insurance Company's Motion to Dismiss Plaintiff Darrell Davis' Complaint for Lack of Subject Matter Jurisdiction for Lack of Standing is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on September 19, 2016.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record