# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARRELL DAVIS,**

      **Plaintiff,**

**v.**                                                            Case No: 6:15-cv-1936-Orl-22DCI

**WESTFIELD INSURANCE COMPANY,**

      **Defendant.**

## ORDER

This cause is before the Court on Westfield Insurance Company's Motion on Entitlement to Attorney's Fee and Costs (Doc. No. 42) filed on January 20, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 2, 2017 (Doc. No. 43), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Westfield Insurance Company's Motion on Entitlement to Attorney's Fee and Costs is hereby GRANTED.

3. Defendant Westfield Insurance Company shall recover from Plaintiff Darrell Davis $16,459.00 in attorney fees and $2,364.29 in costs.

**DONE** and **ORDERED** in Orlando, Florida on May 21, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record